IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00189-FL

**United States of America**,

v.

**Roy Fowler**,

          Defendant.

**Notice of Hearing**

      The court will hold a hearing on Defendant's Motion to Suppress Evidence on Wednesday, October 03, 2018 at 2:00 p.m. in the 5th Floor Courtroom of the Terry Sanford Federal Building and Courthouse at 310 New Bern Avenue, Raleigh, North Carolina.

      The Clerk of Court is instructed to issue the appropriate writs to secure the defendant's appearance at the hearing.

Dated: 9/12/2018

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE